# EXHIBIT A

**United Medical Imaging Healthcare, Inc.**
11411 Brookshire Ave, Unit 101
Downey, CA 90241

**August 20, 2024**

**U.S. Department of the Treasury**
Debt Management Services
P.O. Box 830794
Birmingham, AL 35283-0794

**Subject: Reconsideration Request for Debt Owed by United Medical Imaging Healthcare, Inc. (Tax ID# 20-5386244)**
**Account #: 18457829 & 18467830**

To Whom It May Concern,

I am writing to formally request reconsideration of a debt attributed to United Medical Imaging Healthcare, Inc. (Tax ID# 20-5386244) due to alleged non-compliance with the reporting for phase 3 Provider Relief Fund payment. We respectfully seek reconsideration based a number of extenuating circumstances.

Our organization designated Anna Moon, our Controller, as the authorized individual responsible for submitting reports on our behalf. Anna Moon was listed as the point of contact in the PRF Portal and confirmed the completion of reporting requirements on several occasions in 2022. We were unaware of any delinquency for Phase 3 until we received a letter regarding Phase 4 delinquency. Despite our efforts to comply, we did not receive any notice or repayment letter from HRSA regarding the Phase 3 debt. Consequently, we were not given an opportunity to address or rectify the issue before the account was sent to collections.

Upon further investigation into the root cause of this issue, we discovered that Anna Moon experienced significant problems with the PRF reporting portal. The portal's interface was misleading, as it displayed reporting numbers and statuses in a manner that incorrectly suggested the reporting was complete. When Ms. Moon logged on, the portal showed inputted numbers, which led her to believe that all required reporting had been successfully submitted and that she had met all necessary deadlines. This misrepresentation caused her to assume that the reporting obligations were fulfilled.  The website's confusing and problematic design significantly contributed to this misunderstanding, and the issues stemmed from the portal itself rather than from any oversight on our part.

Anna's intention was to comply fully with the requirements and deadlines set forth by HRSA. Any delinquency on her part was not due to negligence or lack of effort but rather due to the confusing nature of the reporting portal. Despite our best efforts to understand and navigate the reporting process, the complexity and ambiguity of the website led to an oversight on our part. Additionally, we were never informed of any non-compliance, as we did not receive any letters or notifications indicating that we were out of compliance for Phase 3.

After becoming aware of non-compliance for Phase 4 in February 2024, we submitted a request to report late due to extenuating circumstances, which HRSA approved on April 16, 2024. The moment United Medical Imaging Healthcare became aware of the delinquency for Phase 4, we took immediate action to address the issue and submitted the required documentation promptly. We have promptly submitted the required documentation to address the Phase 4 reporting issue and have included all relevant communications for your review.

Given the circumstances, I respectfully request a reconsideration of the late reporting status. The delay was unintentional and resulted from confusion with the reporting portal rather than a failure to comply with the reporting requirements.

In light of these factors, we contest the debt on the following grounds:

1. **Lack of Notification:** Our organization did not receive any prior notification or correspondence from HRSA regarding delinquency or repayment obligations for **Phase 3**. We were only made aware of the issue through your letter for Phase 4.

2. **Misinformation from Designated Reporting Authority Despite Good Faith Effort:** Anna Moon, our designated Controller, was misled by the portal. She had every intention to comply with the reporting requirements. Anna Moon was confused by the misleading portal which impeded her ability to meet the reporting deadline.  Anna Moon had a genuine intent to adhere to the standards and fulfill her responsibilities to the best of her ability.

3. **Approval from Decision Review to Submit Reporting:** The Decision Review outcome from HRSA, dated April 16, 2024, granted us authorization to rectify non-compliance issues. Our request was granted by HRSA on April 16, 2024, wherein it is stated, "If you are non-compliant with submitting a report in any other Reporting Period, you are authorized to also complete and submit those reports at this time."  This approval includes the ability to submit any overdue reports retrospectively.

4. **Extreme Financial Hardship from Potential Recoupment:** The PRF funds were critical in covering significant expenses related to our pandemic response, including PPE, safety protocols, staffing, and essential services. Recouping these funds now would place our organization in severe financial distress, impacting our ability to provide vital healthcare services to our community.

Enclosed with this letter are the following supporting documents:

- Declaration from myself, the sole owner and medical director of United Medical Imaging Healthcare, outlining the events and requesting reconsideration.
- Declaration from Deborah Heikaly, Revenue Integrity Manager, supporting the request for late reporting due to extenuating circumstances.
- Declaration from Anna Moon, Controller, explaining the issues with the reporting portal and her intent to comply.

- HRSA Decision Review Outcome for Decision Review Request #00104145, confirming authorization to complete and submit overdue reports.

We firmly believe that the circumstances detailed above warrant a reconsideration of your decision. Our organization is dedicated to upholding the highest standards of accountability and transparency. Given the challenges faced and Anna Moon's demonstrated commitment to compliance, we respectfully request that you review our case and permit us the opportunity to fulfill the reporting requirements for Phase 3. We contend that the misunderstanding arose from the confusing nature of the website rather than any intentional attempt to evade compliance.

Lastly, I would like to express my deep concern regarding the potential recoupment of the Provider Relief Fund (PRF) payment we received during the COVID-19 pandemic. While we understand the need for oversight and accountability in the distribution of these funds, I want to emphasize that taking back the payment would place our company in extreme financial hardship. The funds we received were used to cover significant expenses directly related to our response to the pandemic. These included purchasing personal protective equipment (PPE), implementing safety protocols, maintaining staffing levels despite reduced patient volumes, and ensuring we could continue providing essential healthcare services to our community. The PRF payment was critical in helping us navigate the unprecedented challenges posed by COVID-19.

Recouping these funds now would undermine our financial stability and significantly impact our ability to continue offering the high level of care our patients rely on. As a healthcare provider, we are committed to serving our community, especially during times of crisis. However, the financial strain caused by losing this support would hinder our operations and could force us to make difficult decisions that would negatively affect both our staff and the patients we serve.

 We respectfully request that you consider the severe implications of recouping the PRF payment from our organization. The funds were essential in allowing us to respond effectively to the pandemic, and their loss would jeopardize our ongoing ability to deliver vital healthcare services.

We hope that you will take our circumstances into account and allow us to retain the funds necessary to continue our mission of providing quality healthcare.

We kindly ask that you consider our request for reconsideration based on the extenuating circumstances outlined in the attached documentation. Thank you for your time and attention to this matter.

Sincerely,

David Zarian, M.D

MEDICAL DIRECTOR OF UNITED MEDICAL IMAGING HEALTHCARE, INC.

**DECLARATION OF DAVID ZARIAN**

I, DR. DAVID ZARIAN, declare that:

1. I, Dr. David Zarian, am the sole owner and Medical Director of United Medical Imaging Healthcare, Inc. ("UMIH"). On behalf of UMIH, I make this declaration in support of a request to report late due to extenuating circumstances and to dispute repayment due to these circumstances. The facts set forth in this declaration are personally known to me and I have first-hand knowledge thereof. If called as a witness, I could and would testify competently to the facts setforth herein under oath.

2. On or around April 2020 as the owner and Medical Director of United Medical Imaging Healthcare, I designated our Revenue Integrity Manager, Deborah Heikaly to fill the application for the Provider Relief Fund for UMIH.

3. Beginning in around May 2020, as the owner and Medical Director of United Medical Imaging Healthcare, I designated our Accountant, Anna Moon as the individual who was authorized and expected to submit the report of behalf of our organization and the registered point of contact in the PRF Portal.

4. From October 2021 to April 2023 I followed up several times with Anna Moon to inquire about status of PRF reporting requirements. I was assured by Anna Moon that she was working on this task.

4. In November of 2022 Anna Moon informed me that she had completed reporting requirements for Phase 1 and Phase 3. In a meeting on or around November 2022 she presented me with the information that she planned to submit to the PRF portal.

5. On April 25, 2023 I had a quarterly meeting with Deborah Heikaly and Anna Moon and Anna Moon stated that she completed reporting requirements for Phase 3 and Phase 4.

6. Based on my conversation with Anna Moon and previous completion of reporting in phase 1, I genuinely believed that all aspects of the PRF reporting for phase 3 and phase 4 were completed and I considered it to be completed and thus no longer followed up with her. Despite my trust and reliance on Anna Moon to accurately communicate relevant information, it has come to my attention as of February 2024 that I was provided with incorrect information regarding completion of reporting requirements.

7. I never received any emails or letters from HRSA indicating that reporting was not completed or delinquent for phase 3, otherwise I would have responded with a Request to Report Late due to Extenuating Circumstances had I known that it was not sent by Anna Moon.

8. To the best of my knowledge, I never received any emails or letters from HRSA for a repayment notice for phase 3.

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

Executed on 8/20/24 at Los Angeles, California.

**DR. DAVID ZARIAN**

## DECLARATION OF DEBORAH HEIKALY

I, DEBORAH HEIKALY, declare that:

1. I, Deborah Heikaly, am the Revenue Integrity Manager of United Medical Imaging Healthcare, Inc. ("UMIH"). On behalf of UMIH, I make this declaration in support of a request to report late due to extenuating circumstances and to dispute repayment due to these circumstances. The facts set forth in this declaration are personally known to me and I have first-hand knowledge thereof. If called as a witness, I could and would testify competently to the facts set forth herein under oath.

2 On or around May 15, 2020, October 22, 2020, October 21, 2021, I completed applications on behalf of United  Medical Imaging Healthcare for provider relief payments for phase 1, 3, and 4.

3. Beginning in around April 2020, at the direction of the owner and Medical Director, our Accountant, Anna Moon was designated as the individual who was authorized and expected to submit the report of behalf of our organization and the registered point of contact in the PRF Portal.

4. On or around July 12, 2022 I followed up with Anna Moon to confirm completion of reporting requirements. She assured me that she was working on it.

5. On July 17, 2022 I reached out to Anna Moon again to confirm that she had taken care of this request. I reached out to her telephonically and she let me know that she had completed the reporting.  On July 25,2022 I had a quarterly meeting with Anna Moon and Dr. David Zarian and Anna Moon confirmed that she had completed phase 3 reporting and presented us with a copy of the reporting.

6. Based on my conversation with Anna Moon and previous completion of reporting in phase 1, I genuinely believed that all aspects of the PRF reporting for phase 3 and 4 were completed and I considered it to be completed and thus no longer followed up with her.

7. I never received any emails or letters from HRSA indicating that reporting was not completed or delinquent for phase 3, otherwise I would have responded with a Request to Report Late due to Extenuating Circumstances had I known that it was not sent by Anna Moon.

8. I never received any emails or letters from HRSA for a repayment notice for phase 3.

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

Executed on 8/20/24  at Los Angeles, California.

**DEBORAH HEIKALY**

## DECLARATION OF ANNA MOON

I, ANNA MOON, declare that:

1. I, Anna Moon, make this declaration in support of a request to report late due to extenuating circumstances and to dispute repayment due to these circumstances. The facts set forth in this declaration are personally known to me and I have first-hand knowledge thereof. If called as a witness, I could and would testify competently to the facts set forth herein under oath.

2. Beginning in around April 2020, at the direction of the owner and Medical Director, I was designated as the individual who was authorized and expected to submit the report of behalf of our organization and the registered point of contact in the PRF Portal.

3. On or around July 2022 I let Deborah Heikaly and David Zarian know that I was working on completing reporting for Phase 3. In mid July I confirmed that I completed this request. I encountered confusion with the reporting portal. I believed the reporting was completed because, upon logging in, I saw numbers inputted into the portal that appeared to indicate the process was finished. Despite my good faith effort to meet all reporting requirements, the portal's displaying reporting numbers misled me into believing that my submissions were in order.

4. I genuinely believed that all aspects of the PRF reporting for phase 3 were completed and I considered it to be completed.

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

Executed on 8/20/24 at Los Angeles, California.

**ANNA MOON**