## DECLARATION OF CHRISTINA MARQUEZ

I, Christina Marquez, do hereby declare and state as follows:

1.      I am an Assistant United States Attorney for the Central District of California.  I make the following factual statements based on my personal knowledge of the facts and circumstances set forth herein as well as my review of official files of the United States Attorney's Office for the Central District of California.  If called as a witness, I could and would competently testify thereto.

2.      I am assigned to this matter following prior counsel's departure and am now lead counsel for Defendants Department of Health and Human Services, Robert F. Kennedy Jr., in his official capacity as Secretary of the United States Department of Health and Human Services; Health Resources and Services Administration, Thomas Engels, in his official capacity as Administrator of the Health Resources & Services Administration; Department of the Treasury, Scott Bessent in his official capacity as Secretary of the United States Department of Treasury ("Defendants").

3.      Plaintiff's settlement demand remains open. Since the previous extension request, Defendant has made additional progress towards obtaining final settlement authority and is optimistic the parties can resolve this matter within the next 60 days.

4.      Accordingly, the Parties jointly request a further 60-day extension to allow additional time to continue to engage in settlement discussions involving representatives from the Defendant agencies and for me to obtain necessary and final agency approval of a tentative agreement.  I recognize that there have been a number of extensions in this matter due to the complex issues and amount at issue. However, this final extension will avoid unnecessary litigation and preserve the Court's resources while the parties complete settlement discussions.

5.      The Parties agree that all deadlines, statutory or otherwise, are tolled if the 60-day extension is granted.

//

//

1

6.    I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of March 2026, at Los Angeles, California.

/s/ Christina Marquez
CHRISTINA MARQUEZ